UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ALLISON HENRY, *Plaintiffs*, v. WESTCHESTER FOREIGN AUTOS INC. and TOYOTA MOTOR CREDIT CORP., *Defendants*. | ) ) ) ) ) ) ) ) ) ) | Case No. 07 Civ. 1363 (CLB) (MDF) |

**Motion for Attorney's Fees and Costs**

Upon the accompanying Offer of Judgment dated January 10, 2008, the accompanying Notice of Acceptance of Offer of Judgment dated January 24, 2008, the accompanying Certification of Brian L. Bromberg dated January 24, 2008, the exhibits annexed thereto, the accompanying Certification of Daniel Blinn dated January 24, 2008, the exhibits annexed thereto, the accompanying Motion for Attorney's Fees and Costs dated January 24, 2008, the accompanying Plaintiff's Memorandum of Law in Support of Application for Attorney's Fees and Costs dated January 24, 2008, the accompanying Declaration of Allison Henry dated January 23, 2008, and upon all of the pleadings and papers on file in this action, Plaintiff Allison Henry moves the Court for an award of attorney's fees and costs against Defendants under Federal Rule of Civil Procedure 54(d), the Fair Credit Reporting Act, 15 U.S.C. § 1681n(a)(3), the Equal Credit Opportunity Act, 15 U.S.C. § 1691e, New York General Business Law § 349(h), and Local Civil Rule 54.1, in the amount of $92,277 in attorney's fees and $11, 827.20 in costs.

WHEREFORE Plaintiff respectfully requests that the Court enter an order awarding attorney's fees and costs in the amount of $92,277 in attorney's fees and $11, 827.20 in costs.

Dated: Rocky Hill, Connecticut
January 24, 2008

                                                          Respectfully submitted,

                                          By: <u>/s/ Daniel Blinn</u>
                                                Daniel S. Blinn
                                                One of Plaintiffs' Attorneys


**Attorneys for Plaintiffs**
Brian L. Bromberg (BB: 6264)
Bromberg Law Office, P.C.
40 Exchange Place, Suite 2010
New York, NY 10005
Tel: (212) 248-7906

Daniel S. Blinn
(Admitted SDNY)
35 Cold Spring Rd, Suite 512
Rocky Hill CT 06067
Tel: (860) 571-0408

## CERTIFICATE OF SERVICE

  I, Daniel S. Blinn, an attorney, hereby certify that on January 24, 2008, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

| | |
|---|---|
| Brian James Carey | William Nicholas Aumenta |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | McElroy, Deutsch, Mulvaney & Carpenter, LLP |
| 1300 Mount Kemble Avenue | 40 W. Ridgewood Avenue |
| PO Box 2075 | Ridgewood, NJ 07450 |
| Morristown, NJ 07962 | |

Dated: January 24, 2008

              /s/ Daniel S. Blinn
              Daniel S. Blinn

Daniel S. Blinn
35 Cold Spring Rd, Suite 512
Rocky Hill CT 06067
Tel: (860) 571-0408